THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

PEAK TECHNICAL SERVICES LP
583 EPSILON DR
PITTSBURGH PA 15238
215-444-9495

HINSDALE BANK
& TRUST COMPANY
25 EAST FIRST STREET
HINSDALE, ILLINOIS 60521

70-2540/719

CHECK NO.    70291191

DATE    02/12/16

PROC. LEVEL 38    DEPT. 100

AMOUNT    *******$1,539.83

PAY    One Thousand Five Hundred Thirty-Nine and 83/100 Dollars----

TO THE
ORDER OF    TIMOTHY WILSON
101 LINE DRIVE
TELFORD    PA    18969

**DIRECT DEPOSIT**

CHECKmate, the payroll processing specialist

## NON-NEGOTIABLE

PEAK TECHNICAL SERVICES LP

NAME    WILSON, TIMOTHY
FED MARITAL STATUS: MARRIED    FEDERAL EXEMPTIONS: 4    PERIOD END DATE    01/31/16 — 02/06/16    CHECK NUMBER    70291191
ST MARITAL STATUS: MARRIED    PA EXEMPTIONS: 4    NUMBER    ******3048

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REGHRLY | 40.00 | 50.00 | 2,000.00 | 10,000.00 | FRANCONI | 25.00 | 125.00 | | | |
| | | | | | SOC SEC | 124.00 | 620.00 | | | |
| | | | | | FED W/H | 218.37 | 1,091.85 | | | |
| | | | | | HORSHLST | 1.00 | 5.00 | | | |
| | | | | | MEDICARE | 29.00 | 145.00 | | | |
| | | | | | PA SUI | 1.40 | 7.00 | | | |
| | | | | | PA W/H | 61.40 | 307.00 | | | |
| TOTAL | 40.00 | | 2,000.00 | 10,000.00 | DEDUCTION TOTALS | | | | 460.17 | 2,300.85 |
| TAXABLE GROSS | | | 2,000.00 | 10,000.00 | NET PAY | | | | $1,539.83 | $7,699.15 |

ACH CHECKING    1,539.83

Hours Type    Balance

NUMBER:******3048    CHECK NO: 70291191    DEPT: 100    NAME: WILSON, TIMOTHY

--------------------HOURS--------------------    --------------------EARNINGS--------------------

| CUSTOMER | PAY RATE | REGULAR | OVERTIME | DOUBLE | REGULAR | OVERTIME | DOUBLE |
|---|---|---|---|---|---|---|---|
| 01380089 | 50.00 | 40.00 | 0.00 | 0.00 | 2000.00 | 0.00 | 0.00 |

REORDER 908 · U.S. PATENT NO. 5538290, 5575508, 5641183, 5785353, 5984364, 6030000

THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

PEAK TECHNICAL SERVICES LP
583 EPSILON DR
PITTSBURGH PA 15238
215-444-9495

HINSDALE BANK
& TRUST COMPANY
25 EAST FIRST STREET
HINSDALE, ILLINOIS 60521
70-2540/719

CHECK NO.    70290432

DATE    02/05/16

AMOUNT
*******$1,539.83

PROC. LEVEL  38    DEPT.  100

PAY   One Thousand Five Hundred Thirty-Nine and 83/100 Dollars----

TO THE
ORDER OF   TIMOTHY WILSON
           101 LINE DRIVE
           TELFORD    PA  18969

**DIRECT DEPOSIT**

CHECKmate, the payroll processing specialist

## NON-NEGOTIABLE

PEAK TECHNICAL SERVICES LP

NAME   WILSON, TIMOTHY
FED MARITAL STATUS: MARRIED   FEDERAL EXEMPTIONS: 4    PERIOD END DATE   01/24/16 — 01/30/16   CHECK NUMBER   70290432
ST MARITAL STATUS: MARRIED   PA EXEMPTIONS: 4                                                 NUMBER         ******3048

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REGHRLY | 40 00 | 50 00 | 2,000 00 | 8,000 00 | FRANCONI | 25 00 | 100 00 | | | |
| | | | | | SOC SEC | 124 00 | 496 00 | | | |
| | | | | | FED W/H | 218 37 | 873 48 | | | |
| | | | | | HORSHLST | 1 00 | 4 00 | | | |
| | | | | | MEDICARE | 29 00 | 116 00 | | | |
| | | | | | PA SUI * | 1 40 | 5 60 | | | |
| | | | | | PA W/H | 61 40 | 245 60 | | | |
| TOTAL | 40 00 | | 2,000 00 | 8,000 00 | DEDUCTION TOTALS | | | | 460 17 | 1,840 68 |
| TAXABLE GROSS | | | 2,000 00 | 8,000 00 | NET PAY | | | | $1,539 83 | $6,159 32 |

ACH CHECKING    1,539.83                                                              Hours Type   Balance

NUMBER:******3048      CHECK NO: 70290432      DEPT: 100      NAME: WILSON, TIMOTHY

--------------------HOURS-------------------             --------------------EARNINGS--------------------
CUSTOMER    PAY RATE    REGULAR    OVERTIME    DOUBLE    REGULAR    OVERTIME    DOUBLE

01380089    50.00       40.00      0.00        0.00      2000.00    0.00        0.00

REORDER 908 · U.S. PATENT NO. 5538290, 5575508, 5641183, 5785353, 5984364, 6030000

NORTH PENN SCHOOL DISTRICT
401 EAST HANCOCK ST
LANSDALE, PA 19446-

CHECK DATE    CHECK NO.

2/19/2016    V1782547

PAY **********VOID CHECK***************    AMOUNT 

TO THE ORDER OF
DANA M WILSON
101 LINE DR
TELFORD, PA
18969

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| WEB | 20140071 | 2/7/2016 | V1782547 | 2/19/2016 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| SECRETARIAL H | 67.50 | 1,121.18 | 3,629.30 | FICA | 63.30 | 200.17 | 63.30 | 200.17 |
| | | | | MEDICARE | 14.80 | 46.81 | 14.80 | 46.81 |
| | | | | FED TAX | 29.63 | 59.26 | .00 | 0.00 |
| | | | | STATE TAX | 31.34 | 99.11 | .00 | 0.00 |
| | | | | LOCAL TAX | 12.76 | 40.35 | .00 | 0.00 |
| | | | | UCTAX | 0.78 | 2.53 | .00 | 0.00 |
| | | | | WELLS FARG | 781.79 | 2,274.74 | .00 | 0.00 |
| | | | | KS EE/FAM | 65.76 | 263.04 | 797.27 | 3,189.08 |
| | | | | BASIC LIFE | .00 | .00 | 2.86 | 11.44 |
| | | | | LST | 2.48 | 9.92 | .00 | 0.00 |
| | | | | DEN FAMILY | 1.16 | 4.64 | 52.46 | 209.84 |
| | | | | VIS FAMILY | 0.47 | 1.88 | 2.88 | 11.52 |
| | | | | RETIREMENT | 84.09 | 272.21 | 289.71 | 937.80 |
| | | | | RX EE/FAM | 32.82 | 131.28 | 161.43 | 645.72 |
| **Totals** | 67.50 | 1,121.18 | 3,629.30 | **Totals** | 1,121.18 | 3,405.94 | 1,384.71 | 5,252.38 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| FAMILY | 1.00 | 1.00 | 0.00 | WELLS FARGO | 781.79 | 0.00 | |
| PERSONAL | 0.00 | 1.00 | -1.00 | | | Employee | DANA WILSON |
| SICK | 8.00 | 1.00 | 6.00 | | | | |
| MISC | 0.00 | 0.00 | 0.00 | | | Tax Information | |
| WORK COMP | 0.00 | 0.00 | 0.00 | | | | Fed | State |
| DISABILITY | 0.00 | 0.00 | 0.00 | | | MARITAL STATUS | M | M |
| EMERGENCY | 0.00 | 0.00 | 0.00 | | | EXEMPTIONS | 2 | 0 |

**Notes:**

NORTH PENN SCHOOL DISTRICT
401 EAST HANCOCK ST
LANSDALE, PA 19446-

CHECK DATE  CHECK NO.
2/5/2016   V1780259



AMOUNT



PAY  ***************VOID CHECK***************

TO THE ORDER OF
DANA M WILSON
101 LINE DR
TELFORD, PA
18969

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| WEB | 20140071 | 1/24/2016 | V1780259 | 2/5/2016 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| SECRETARIAL H | 67.50 | 1,121.18 | 2,508.12 | FICA | 63.30 | 136.87 | 63.30 | 136.87 |
| | | | | MEDICARE | 14.80 | 32.01 | 14.80 | 32.01 |
| | | | | FED TAX | 29.63 | 29.63 | .00 | 0.00 |
| | | | | STATE TAX | 31.34 | 67.77 | .00 | 0.00 |
| | | | | LOCAL TAX | 12.76 | 27.59 | .00 | 0.00 |
| | | | | UCTAX | 0.78 | 1.75 | .00 | 0.00 |
| | | | | WELLS FARG | 781.79 | 1,492.95 | .00 | 0.00 |
| | | | | KS EE/FAM | 65.76 | 197.28 | 797.27 | 2,391.81 |
| | | | | BASIC LIFE | .00 | .00 | 2.86 | 8.58 |
| | | | | LST | 2.48 | 7.44 | .00 | 0.00 |
| | | | | DEN FAMILY | 1.16 | 3.48 | 52.46 | 157.38 |
| | | | | VIS FAMILY | 0.47 | 1.41 | 2.88 | 8.64 |
| | | | | RETIREMENT | 84.09 | 188.12 | 289.71 | 648.09 |
| | | | | RX EE/FAM | 32.82 | 98.46 | 161.43 | 484.29 |
| **Totals** | 67.50 | 1,121.18 | 2,508.12 | **Totals** | 1,121.18 | 2,284.76 | 1,384.71 | 3,867.67 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| FAMILY | 1.00 | 1.00 | 0.00 |
| PERSONAL | 0.00 | 1.00 | -1.00 |
| SICK | 8.00 | 1.00 | 6.00 |
| MISC | 0.00 | 0.00 | 0.00 |
| WORK COMP | 0.00 | 0.00 | 0.00 |
| DISABILITY | 0.00 | 0.00 | 0.00 |
| EMERGENCY | 0.00 | 0.00 | 0.00 |

Direct Deposit Information
WELLS FARGO                781.79

**Net Pay**                0.00

Employee
DANA WILSON

Tax Information

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS | 2 | 0 |

**Notes:**